IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| **DAHMER HOLDINGS, LLC AND** | § | |
| **DAHMER AUTO BODY, LLC d/b/a** | § | |
| **CROSSROAD COLLISION** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | **CIVIL ACION NO. 1:23-cv-00079-H** |
| | § | |
| **OHIO SECURITY INSURANCE** | § | |
| **COMPANY** | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiffs, Dahmer Holdings, LLC and Dahmer Auto Body, LLC d/b/a Crossroad Collision, and Defendant, Ohio Security Insurance Company, and file this Joint Notice of Settlement, and would show the Court as follows:

The parties have resolved the above-styled lawsuit and wish to put the Court on notice of the settlement. The parties will be able to finalize settlement papers and submit an agreed motion of dismissal with prejudice by **May 20, 2024.**

*{Signatures on the following page.}*

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:     (512) 472-7700
Facsimile:      (512) 472-0205

By:   */s/ Catherine L. Hanna*
        Catherine L. Hanna
        State Bar No. 08918280
        channa@hannaplaut.com
        Alexander P. Sheppard
        State Bar No. 24106427
        asheppard@hannaplaut.com

**ATTORNEYS FOR DEFENDANT**
**OHIO SECURITY INSURANCE COMPANY**

**AND**

**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone:     (713) 230-2200
Facsimile:      (713) 643-6226

By:   */s/ Rene M. Sigman (with permission)*
        Rene M. Sigman, Of Counsel
        State Bar No. 24037942
        rmsgroup@whlaw.com

**ATTORNEYS FOR PLAINTIFFS DAHMER HOLDINGS, LLC AND DAHMER AUTO BODY, LLC D/B/A CROSSROAD COLLISION**

Case 1:23-cv-00079-H    Document 30    Filed 04/19/24    Page 3 of 3    PageID 1582

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2024, a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1. The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system. Any other counsel of record will be served pursuant to FRCP 5(b) on this same date.

Rene M. Sigman, Of Counsel  *Via Email: rmsgroup@whlaw.com*
WILLIAMS HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
*Attorney for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Catherine L. Hanna*
　　　　　　　　　　　　　　　　　　　　　　　Catherine L. Hanna