UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DAHMER HOLDINGS, LLC, et al.,

    Plaintiffs,

v.                                                                                    No. 1:23-CV-079-H

OHIO SECURITY INSURANCE
COMPANY,

    Defendant.

## ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 30. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated. The parties are directed to file a status report regarding the settlement no later than May 24, 2024. If a final settlement has been executed, the parties must submit a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order.

So ordered on April 23, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE