# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | | |
|---|---|---|
| **DAHMER HOLDINGS, LLC AND** | § | |
| **DAHMER AUTO BODY, LLC d/b/a** | § | |
| **CROSSROAD COLLISION** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACION NO. 1:23-cv-00079-H** |
| | § | |
| **OHIO SECURITY INSURANCE** | § | |
| **COMPANY** | § | |
| **Defendant.** | § | |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, Dahmer Holdings, LLC and Dahmer Auto Body, LLC d/b/a Crossroad Collision, and Defendant, Ohio Security Insurance Company, and file this Stipulation for Voluntary Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and would respectfully show the Court as follows:

## I.

Plaintiffs and Defendant hereby stipulate and agree that the above-referenced and numbered cause be dismissed with prejudice because the parties have compromised and settled their differences. The parties further stipulate and agree that all costs shall be assessed against the party incurring the same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant hereby stipulate and agree that the above-referenced cause be dismissed with prejudice to refile same, that all costs be assessed against the party incurring same, and for all other relief to which the parties have shown themselves justly entitled.

*(Signatures on the following page)*

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone: (512) 472-7700
Facsimile: (512) 472-0205

By: _/s/ Catherine L. Hanna_
    Catherine L. Hanna
    State Bar No. 08918280
    channa@hannaplaut.com
    Alexander P. Sheppard
    State Bar No. 24106427
    asheppard@hannaplaut.com

**ATTORNEYS FOR DEFENDANT**
**OHIO SECURITY INSURANCE COMPANY**

**AND**

**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

By: _/s/ Rene M. Sigman (w/permission)_
    Rene M. Sigman, Of Counsel
    State Bar No. 24037942
    rmsgroup@whlaw.com

**ATTORNEYS FOR PLAINTIFFS DAHMER HOLDINGS, LLC AND DAHMER AUTO BODY, LLC D/B/A CROSSROAD COLLISION**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2024, a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1. The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system. Any other counsel of record will be served pursuant to FRCP 5(b) on this same date.

Rene M. Sigman, Of Counsel                                *Via Email: rmsgroup@whlaw.com*
WILLIAMS HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
*Attorney for Plaintiffs*


                                                           */s/ Catherine L. Hanna*
                                                           Catherine L. Hanna