UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DAHMER HOLDINGS, LLC, et al.,

    Plaintiffs,

v.

OHIO SECURITY INSURANCE
COMPANY,

    Defendant.

No. 1:23-CV-079-H

## ORDER OF DISMISSAL

Before the Court is the parties' joint Stipulation for Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 32. The joint stipulation is approved. It is ordered that the plaintiffs' claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on May 23, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE